STATE of Missouri, Respondent,

v.

Derrick C. BLUETT, Appellant.

WD 76978

Missouri Court of Appeals,
Western District.

JUNE 2, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied June
23, 2015

Application for Transfer Denied
August 18, 2015

Dora Fitcher, Jefferson City, MO, Counsel for Respondent

Jeanette Lynn Wolpink, Kansas City, MO, Counsel for Appellant

Before Division Three: Mark D. Pfeiffer, P.J., Gary D. Witt, Anthony Rex Gabbert, JJ.

### ORDER

Per Curiam:

Derrick C. Bluett appeals the circuit court's judgment entered upon a jury verdict convicting him of murder in the first degree pursuant to Section 565.020, RSMo 2000. We affirm. Rule 30.25(b).